**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:26-cv-80220**

VIRGINIA AVEDISIAN
*individually and on behalf of all others similarly situated,*

Plaintiff,

vs.

GULF MANAGEMENT, INC. DBA LEXUS OF CLEARWATER,

Defendant.
_______________________________________/

**NOTICE OF REMOVAL OF CIVIL ACTION**

Pursuant to 28 U.S.C. § 1331, § 1446, § 1441(a) and (c), Defendant, Gulf Management, Inc. dba Lexus of Clearwater, removes this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the West Palm Beach Division of the United States District Court for the Southern District of Florida.

1. Removed Case. On February 5, 2026, a civil action was filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Virginia Avedisian v. Gulf Management, Inc. dba Lexus of Clearwater*, Case No. 50-2026-CA-001396-XXXA-MB (the "State Court Action"). The State Court Action was commenced by the filing of a complaint ("Complaint"), which included federal claims pursuant to 47 U.S.C. § 227.

2. Attachment of State Court Documents. True and correct copies of all process, pleadings, and orders in the state court action to date, including a copy of the summons and the Complaint, are collectively attached as Exhibit A.

3. Basis for Removal. This action is subject to removal by Defendant pursuant to 28 U.S.C. §§ 1331, 1446, 1441(a) and (c). This court has original jurisdiction over this matter because it arises under laws of the United States. Specifically, Plaintiff is asserting claims pursuant to 47 U.S.C. § 227*et seq*., Civil Action for Telephone Consumer Protection Act of 1991. *See* Complaint, at ¶¶ 1-7, 10.

4. Consent of Defendant: Defendant to this action consents to removal.

5. Timeliness of Removal. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it was filed within thirty (30) days of the service of the summons upon Defendant on February 12, 2026, which asserted the federal cause of action.

6. Notice Given to the State Court. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff and to the clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, a copy of which is attached as Exhibit B.

**WHEREFORE**, Defendant, Gulf Management, Inc. dba Lexus of Clearwater, effectuates the removal of this action pursuant to 28 U.S.C. § 1331, § 1446, and§ 1441(a) and (c).

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2026, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail on all counsel or parties of record on the Service List below.

**GRAY|ROBINSON**
*Counsel for Defendant,*
*Gulf Management, Inc. d/b/a Lexus of Clearwater*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: *_/s/ Anastasia Protopapadakis_*
Anastasia Protopapadakis, FBN 51426
Primary e-mail:
anastasia.protopapadakis@gray-robinson.com
Secondary e-mails:
danieska.cuarezma@gray-robinson.com
lourdes.federici@gray-robinson.com

## SERVICE LIST

Rena A. Lerner, Esq.
Mitchell D. Hansen, Esq.
Zane C. Hedaya, Esq.
Gerald D. Lane, Jr., Esq.
**THE LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street
Wilton Manors, Florida 33305
Telephone: (813) 340-8838
rena@jibraellaw.com
mitchell@jibraellaw.com
zane@jibraellaw.com
gerald@jibraellaw.com
*Counsels for Plaintiff*